**IT IS SO ORDERED.**

Dated:  01:02 PM March 17 2011

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

BK1101272
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | |
|---|---|
| IN RE: | Case No. 11-50322 |
| Timothy A Hatcher | Chapter 7<br>Judge Shea-Stonum |
| Debtor | |
| | **ORDER GRANTING MOTION OF CITIMORTGAGE, INC. FOR RELIEF FROM STAY AND ABANDONMENT**<br>**491 RHODES AVENUE, AKRON, OH 44307** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by CitiMortgage, Inc. ("Movant"). (Docket **7**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition

to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 491 Rhodes Avenue Akron, OH 44307.

###

SUBMITTED BY:


/s/ Michael R Proctor
Michael R Proctor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0076240
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Kathryn A. Belfance - Trustee
1 Cascade Plaza 15th Floor
Akron, OH 44308
kb@rlbllp.com
VIA ELECTRONIC SERVICE

Timothy A Hatcher - Debtor
2302 Mogadore Rd.
Akron, OH 44320
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Warner Mendenhall, Esq. - Attorney for Debtor
190 N Union St #201
Akron, OH 44304
warnermendenhall@hotmail.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Michael R Proctor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE